## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## DENVER DIVISION

| | |
|---|---|
| **RANDAL ARMFIELD, individually and on behalf of all others similarly situated,** § § § | Docket No. 1:14-cv-02993-CBS |
| **Plaintiff,** § § | |
| § | **JURY TRIAL DEMANDED** |
| vs. § § | |
| **SECURE ENERGY SERVICES USA, LLC; SECURE DRILLING SERVICES USA, LLC D/B/A MARQUIS ALLIANCE ENERGY GROUP USA, LLC** § § § § § | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |
| § § | |
| **Defendants.** § | |

## ~~PROPOSED~~ ORDER GRANTING
## JOINT MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(A)

Pending before the Court is the Parties' joint motion to transfer venue under 28 U.S.C. § 1404(a) to the United States District Court, Southern District of Texas, Houston Division. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the joint motion.

Accordingly, the Clerk of the Court shall transfer this case to the United States District Court for the Southern District of Texas, Houston Division.

**IT IS SO ORDERED.**

**DATED:** __June 5,_____ 2015

_____
Hon. Craig B. Shaffer
United States Magistrate Judge